**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **WSOU INVESTMENTS, LLC D/B/A** | § | **CIVIL ACTION 6:20-CV-00473-ADA** |
| **BRAZOS LICENSING AND** | § | **CIVIL ACTION 6:20-CV-00474-ADA** |
| **DEVELOPMENT,** | § | **CIVIL ACTION 6:20-CV-00475-ADA** |
| | § | **CIVIL ACTION 6:20-CV-00476-ADA** |
| **Plaintiff,** | § | **CIVIL ACTION 6:20-CV-00477-ADA** |
| | § | **CIVIL ACTION 6:20-CV-00478-ADA** |
| | § | **CIVIL ACTION 6:20-CV-00479-ADA** |
| | § | **CIVIL ACTION 6:20-CV-00480-ADA** |
| **v.** | § | **CIVIL ACTION 6:20-CV-00481-ADA** |
| | § | **CIVIL ACTION 6:20-CV-00482-ADA** |
| | § | **CIVIL ACTION 6:20-CV-00485-ADA** |
| | § | **CIVIL ACTION 6:20-CV-00486-ADA** |
| **DELL TECHNOLOGIES INC., DELL** | § | |
| **INC., AND EMC CORPORATION,** | § | **PATENT CASE** |
| | § | |
| **Defendants.** | § | **JURY TRIAL DEMANDED** |

### ORDER DENYING DEFENDANTS' MOTION TO DISMISS

Having considered Defendants' motion to dismiss Plaintiff's claims for direct and indirect infringement for failure to state a claim, the Court finds the motion should be DENIED. Therefore, it his hereby ORDERED that Defendants' motion to dismiss for failure to state a claim is DENIED.

Date:

_____
Presiding Judge