# EXHIBIT 1

Case 6:20-cv-00475-ADA   Document 88-2   Filed 03/17/21   Page 2 of 6

THE NETWORK TROUBLESHOOTING LIBRARY

# INTERNETWORKING

A Guide to Network Communications

LAN to LAN; LAN to WAN



MARK A. MILLER, P.E.



Dell-WSOU-CC-000486

Case 6:20-cv-00475-ADA   Document 88-2   Filed 03/17/21   Page 3 of 6


**M&T Books**
A division of MIS:Press
A subsidiary of Henry Holt and Company, Inc.
115 West 18th Street
New York, New York 10010

© 1991 by M&T Books

Printed in the United States of America

All rights reserved. No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without prior written permission from the Publisher. Contact the Publisher for information on foreign rights.

**Limits of Liability and Disclaimer of Warranty**
The Author and Publisher of this book have used their best efforts in preparing the book and the programs contained in it. These efforts include the development, research, and testing of the theories and programs to determine their effectiveness.

The Author and Publisher make no warranty of any kind, expressed or implied, with regard to these programs or the documentation contained in this book. The Author and Publisher shall not be liable in any event for incidental or consequential damages in connection with, or arising out of, the furnishing, performance, or use of these programs.

**Library of Congress Cataloging-in-Publication Data**

Miller, Mark, 1955-
    Internetworking: a Guide to Network Communications / by Mark A. Miller
      p.   cm.
    ISBN 1-55851-143-1:   $34.95
    1. Computer networks   2. Local area networks (Computer networks)
    3. Computer network protocols   I. Title.
TK5105.5.M55          1991                                                      90-25705
004.6--dc20                                                                           CIP


Trademarks: All products, names, and services are trademarks or registered trademarks of their respective companies. See "Trademarks" section beginning on page 413.


**Cover Design:** Lauren Smith Design


95  94            7  6  5

Dell-WSOU-CC-000487

## 1.4 Applying Connectivity Devices to the OSI Model

Let's explore how connectivity devices work with regard to OSI protocols. We'll return to the peer protocol model (Figure 1-2) and assume that the two open systems are connected with a physical transmission medium such as a twisted pair or fiber optic cable. What happens if the cable length is so long that the signal loses power? We can solve this by adding a repeater (see Figure 1-6) that will amplify (or regenerate) the physical signal. Repeaters function at the Physical Layer and operate between like networks, such as Token Ring to Token Ring, or Ethernet to Ethernet. A repeater can be added to the internetwork to extend the range of the network; connected segments behave physically (and logically) as a single network.



**Figure 1-6. Comparing a Repeater to OSI**

When repeating a signal is insufficient for the existing network, a bridge adds the functionality of the Data Link Layer (Figure 1-7). The bridge logically separates two network segments by operating upon the address within the Data Link Layer (or IEEE Medium Access Control [MAC]) frame. Information that is either stored at the bridge or provided within the transmitted frame assists the bridge in making a rather simple decision: pass the frame to the next segment (known as forwarding) or do not pass the frame to the next segment (known as filtering). Bridges operate on networks having compatible Data Link Layer addressing schemes (such as IEEE 802.3 to

15

Dell-WSOU-CC-000488

INTERNETWORKING

802.3, or 802.3 to 802.5), but are transparent to the protocols of the Network and higher layers.



Figure 1-7. Comparing a Bridge to OSI

Routers operate at the Network Layer (see Figure 1-8), and may interpret either one or more protocols at that layer. Recall that the Network Layer makes a choice between available paths within the communication subnet, eventually connecting the source and destination hosts. A router performs similarly, reading information about the destination network address, and forwarding that packet to the appropriate destination network. (Bridges, as discussed above, make a simple binary decision to forward or not forward a frame after examining the Data Link Layer address). The router thus serves a network-wide connectivity function. Routers may operate on one Network Layer protocol, such as the DoD Internet Protocol (IP), or multiple protocols such as IP, DECnet, and Novell's IPX (Internetwork Packet Exchange).

Finally, gateways may operate at all seven OSI layers (see Figure 1-9). Gateways are application-oriented, and may be responsible for connecting incompatible electronic mail systems, converting and transferring files from one system to another, or enabling interoperability between dissimilar operating systems. Chapter 9 will be devoted to various application-specific gateways.

16

Dell-WSOU-CC-000489

## INTERNETWORKING PRINCIPLES AND STANDARDS



Figure 1-8. Comparing a Router to OSI

Figure 1-9. Comparing a Gateway to OSI

A great deal of literature is available on the subject of LAN connectivity devices. Reference [1-20] is a good overview of the technologies, and discusses device operation in depth. Reference [1-21] looks at the connectivity design issues from an OSI perspective. Bridges and their applications are discussed in reference [1-22]; router architecture is explored in references [1-23] and [1-24]; gateways are profiled in [1-25].

17

Dell-WSOU-CC-000490