

# EXHIBIT 32

UNITED STATES PATENT AND TRADEMARK OFFICE

———————————

BEFORE THE PATENT TRIAL AND APPEAL BOARD

———————————

HUAWEI TECHNOLOGIES CO., LTD.,
Petitioner,

v.

WSOU INVESTMENTS, LLC D/B/A BRAZOS
LICENSING AND DEVELOPMENT,
Patent Owner.

———————————

Case IPR2021-00229
U.S. Patent 8,429,480

———————————

## **PATENT OWNER POWER OF ATTORNEY**

Pursuant to 37 CFR § 42.10(b), a Power of Attorney is submitted herewith.

Patent Owner WSOU Investments, LLC d/b/a Brazos Licensing and Development

hereby appoints the following practitioners as its attorneys to transact all business in

the United States Patent and Trademark Office associated with *Inter Partes Review* of

U.S. Patent No. 8,429,480:

| Patent Owner's Lead and Back-up Counsel | |
|---|---|
| Lead | Ryan Loveless (Reg. No. 51,970)<br>Etheridge Law Group<br>2600 E. Southlake Blvd., Ste. 120-324<br>Southlake, TX 76092<br>ryan@etheridgelaw.com<br>972-292-8303 |
| First Back-up | Jeffrey A. Stephens (Reg. No. 56,254)<br>Etheridge Law Group, PLLC<br>2600 E. Southlake Blvd., Ste. 120-324<br>Southlake, TX 76092<br>jstephens@etheridgelaw.com<br>469-547-7323 |
| Back-up | Brett Mangrum (Reg. No. 64,783)<br>Etheridge Law Group<br>2600 E. Southlake Blvd., Ste. 120-324<br>Southlake, TX 76092<br>brett@etheridgelaw.com<br>469-401-2659 |
| Back-up | James Etheridge (Reg. No. 37,614)<br>Etheridge Law Group<br>2600 E. Southlake Blvd., Ste.120-324<br>Southlake, TX 76092<br>jim@etheridgelaw.com<br>817-470-7249 |
| Back-up | Brian Koide (Reg. No. 41,123)<br>Etheridge Law Group<br>2600 E. Southlake Blvd., Ste. 120-324<br>Southlake, TX 76092<br>brian@etheridgelaw.com<br>703-565-2852 |
| Back-up | Jeffrey Huang (Reg. No. 68,639)<br>Etheridge Law Group<br>2600 E. Southlake Blvd., Ste. 120-324<br>Southlake, TX 76092<br>jeff@etheridgelaw.com<br>972-292-8303 |

The individual signing below has the authority to execute this document on

behalf of Patent Owner WSOU Investments, LLC d/b/a Brazos Licensing and

Development.

Respectfully submitted,

_____

Stuart Shanus for WSOU
Investments, LLC d/b/a Brazos
Licensing and Development

## CERTIFICATE OF SERVICE

I certify that the foregoing Patent Owner Power of Attorney was served on

Petitioner's counselors of record by electronic notification to:

IPR35548-0130IP1@fr.com
PTABInbound@fr.com
hawkins@fr.com

Date:  November 30, 2020

/ Ryan Loveless /
Ryan Loveless
ryan@etheridelaw.com
Reg. No. 51,970
**Counsel for Patent Owner**

UNITED STATES PATENT AND TRADEMARK OFFICE

—————————————

BEFORE THE PATENT TRIAL AND APPEAL BOARD

—————————————

UNIFIED PATENTS, LLC
Petitioner

v.

WSOU INVESTMENTS, LLC D/B/A BRAZOS
LICENSING AND DEVELOPMENT
Patent Owner

—————————————

Case IPR2021-00378
U.S. Patent 8,179,960

—————————————

## PATENT OWNER POWER OF ATTORNEY

Pursuant to 37 CFR § 42.10(b), a Power of Attorney is submitted herewith.

Patent Owner WSOU Investments, LLC d/b/a Brazos Licensing and Development

hereby appoints the following practitioners as its attorneys to transact all business in

the United States Patent and Trademark Office associated with *Inter Partes* Review of

U.S. Patent No. 8,179,960:

| |
|---|
| Ryan Loveless (Reg. No. 51,970)<br>Etheridge Law Group<br>2600 E. Southlake Blvd., Ste. 120-324<br>Southlake, TX 76092<br>ryan@etheridgelaw.com<br>972-292-8303 |
| Jeffrey A. Stephens (Reg. No. 56,254)<br>Etheridge Law Group, PLLC<br>2600 E. Southlake Blvd., Ste. 120-324<br>Southlake, TX 76092<br>jstephens@etheridgelaw.com<br>469-547-7323 |
| Brett Mangrum (Reg. No. 64,783)<br>Etheridge Law Group<br>2600 E. Southlake Blvd., Ste. 120-324<br>Southlake, TX 76092<br>brett@etheridgelaw.com<br>469-401-2659 |
| James Etheridge (Reg. No. 37,614)<br>Etheridge Law Group<br>2600 E. Southlake Blvd., Ste.120-324<br>Southlake, TX 76092<br>jim@etheridgelaw.com<br>817-470-7249 |
| Brian Koide (Reg. No. 41,123)<br>Etheridge Law Group<br>2600 E. Southlake Blvd., Ste. 120-324<br>Southlake, TX 76092<br>brian@etheridgelaw.com<br>703-565-2852 |

Jeffrey Huang (Reg. No. 68,639)
Etheridge Law Group
2600 E. Southlake Blvd., Ste. 120-324
Southlake, TX 76092
jeff@etheridgelaw.com
972-292-8303

The individual signing below has the authority to execute this document on behalf of Patent Owner WSOU Investments, LLC d/b/a Brazos Licensing and Development.

Respectfully submitted,

_____

Stuart Shanus for WSOU
Investments, LLC d/b/a Brazos
Licensing and Development

## CERTIFICATE OF SERVICE

I certify that the foregoing Patent Owner Power of Attorney was served on

Petitioners' counsel of record by electronic notification by email to:

raghav.bajaj.ipr@haynesboone.com
roshan@unifiedpatents.com
jung@unifiedpatents.com
david.mccombs.ipr@haynesboone.com
jon.bowser.ipr@haynesboone.com
angela.oliver.ipr@haynesboone.com

Date:  December 31, 2020

*/ Ryan Loveless/*
Ryan Loveless
ryan@etheridelaw.com
Reg. No. 51,970
***Counsel for Patent Owner***

UNITED STATES PATENT AND TRADEMARK OFFICE

BEFORE THE PATENT TRIAL AND APPEAL BOARD

JUNIPER NETWORKS INC.
Petitioner

v.

WSOU INVESTMENTS, LLC D/B/A BRAZOS
LICENSING AND DEVELOPMENT
Patent Owner

Case IPR2021-00538
U.S. Patent 7,596,140

## PATENT OWNER POWER OF ATTORNEY

Pursuant to 37 CFR § 42.10(b), a Power of Attorney is submitted herewith.

Patent Owner WSOU Investments, LLC d/b/a Brazos Licensing and Development hereby appoints the following practitioners as its attorneys to transact all business in the United States Patent and Trademark Office associated with *Inter Partes* Review of U.S. Patent No. 7,596,140:

Ryan Loveless (Reg. No. 51,970)
Etheridge Law Group
2600 E. Southlake Blvd., Ste. 120-324
Southlake, TX 76092
ryan@etheridgelaw.com
IPTeam@etheridgelaw.com
972-292-8303

Jeffrey A. Stephens (Reg. No. 56,254)
Etheridge Law Group, PLLC
2600 E. Southlake Blvd., Ste. 120-324
Southlake, TX 76092
jstephens@etheridgelaw.com
469-547-7323

Brett Mangrum (Reg. No. 64,783)
Etheridge Law Group
2600 E. Southlake Blvd., Ste. 120-324
Southlake, TX 76092
brett@etheridgelaw.com
469-401-2659

James Etheridge (Reg. No. 37,614)
Etheridge Law Group
2600 E. Southlake Blvd., Ste.120-324
Southlake, TX 76092
jim@etheridgelaw.com
817-470-7249

Brian Koide (Reg. No. 41,123)
Etheridge Law Group
2600 E. Southlake Blvd., Ste. 120-324
Southlake, TX 76092
brian@etheridgelaw.com
703-565-2852

Jeffrey Huang (Reg. No. 68,639)
Etheridge Law Group
2600 E. Southlake Blvd., Ste. 120-324
Southlake, TX 76092
jeff@etheridgelaw.com
972-292-8303

The individual signing below has the authority to execute this document

on behalf of Patent Owner WSOU Investments, LLC d/b/a Brazos Licensing and

Development.

Respectfully submitted,

Stuart Shanus for WSOU
Investments, LLC d/b/a
Brazos Licensing and
Development

I certify that the foregoing was served on Petitioner's counselors of record by electronic notification to the email addresses identified in Petitioner's Mandatory Notices:

Lead Counsel
Todd M. Briggs (Reg. No. 44,040)
toddbriggs@quinnemanuel.com

Back-Up Counsel
Nima Hefazi (Reg. No. 63,658)
nimahefazi@quinnemanuel.com

Kevin Johnson (Reg. No. 38,927)
kevinjohnson@quinnemanuel.com

James M. Glass (Reg. No. 46,729)
jimglass@quinnemanuel.com

Date:  February 18, 2021                    / Ryan Loveless/
                                            Ryan Loveless
                                            ryan@etheridgelaw.com
                                            Reg. No. 51,970
                                            **Counsel for Patent Owner**

UNITED STATES PATENT AND TRADEMARK OFFICE

————————————

BEFORE THE PATENT TRIAL AND APPEAL BOARD

————————————

ZTE Corporation, ZTE (USA), Inc., and ZTE (TX), Inc.,

Petitioners

v.

WSOU INVESTMENTS, LLC D/B/A BRAZOS
LICENSING AND DEVELOPMENT
Patent Owner

————————————

Case IPR2021-00694
U.S. Patent 7,489,929

————————————

**PATENT OWNER POWER OF ATTORNEY**

Pursuant to 37 CFR § 42.10(b), a Power of Attorney is submitted herewith.

Patent Owner WSOU Investments, LLC d/b/a Brazos Licensing and

Development hereby appoints the following practitioners as its attorneys to

transact all business in the United States Patent and Trademark Office associated

with *Inter Partes* Review of U.S. Patent No. 7,489,929:

Ryan Loveless (Reg. No. 51,970)
Etheridge Law Group
2600 E. Southlake Blvd., Ste. 120-324
Southlake, TX 76092
ryan@etheridgelaw.com
972-292-8303

Jeffrey A. Stephens (Reg. No. 56,254)
Etheridge Law Group, PLLC
2600 E. Southlake Blvd., Ste. 120-324
Southlake, TX 76092
jstephens@etheridgelaw.com
469-547-7323

Brett Mangrum (Reg. No. 64,783)
Etheridge Law Group
2600 E. Southlake Blvd., Ste. 120-324
Southlake, TX 76092
brett@etheridgelaw.com
469-401-2659

James Etheridge (Reg. No. 37,614)
Etheridge Law Group
2600 E. Southlake Blvd., Ste.120-324
Southlake, TX 76092
IPTeam@etheridgelaw.com
817-470-7249

Brian Koide (Reg. No. 41,123)
Etheridge Law Group
2600 E. Southlake Blvd., Ste. 120-324
Southlake, TX 76092
brian@etheridgelaw.com
703-565-2852

Jeffrey Huang (Reg. No. 68,639)
Etheridge Law Group
2600 E. Southlake Blvd., Ste. 120-324
Southlake, TX 76092
jeff@etheridgelaw.com
972-292-8303

The individual signing below has the authority to execute this document

on behalf of Patent Owner WSOU Investments, LLC d/b/a Brazos Licensing and

Development.

Respectfully submitted,

Stuart Shanus for WSOU
Investments, LLC d/b/a
Brazos Licensing and
Development

## CERTIFICATE OF SERVICE

I certify that the foregoing was served on Petitioner's counselors of

record by electronic notification to the email addresses identified in

Petitioner's Mandatory Notices:

ZTE-WSOU-IPRs@finnegan.com;
lionel.lavenue@finnegan.com;
cory.bell@finnegan.com;
Bradford.schulz@finnegan.com;
mingji.jin@finnegan.com;
r.maxwell.mauldin@finnegan.com;

Date:  March 25, 2021                    */ Ryan Loveless/*
                                         Ryan Loveless
                                         ryan@etheridgelaw.com
                                         Reg. No. 51,970
                                         **Counsel for Patent Owner**