# Blythe, Andrew Philip

| | |
|---|---|
| **From:** | Barry Shelton <bshelton@sheltoncoburn.com> |
| **Sent:** | Thursday, October 14, 2021 7:40 PM |
| **To:** | mark waltfairpllc.com |
| **Subject:** | WSOU/Dell: Protective Order |
| **Attachments:** | WSOU Dell Proposed PO - June 29 2021 Proposal Acquisition Bar Redline (2021-10-14).docx; PO Dispute Chart to Court (10-14-21).DOCX |

Mark,

It's been over four months since we last had a substantive discussion regarding the disputed provisions of the protective order. Attached is a redline of the protective order, in which we've revised our proposed acquisition bar, and a joint chart for WSOU to complete so we can get this dispute to the Court. Please let me know if WSOU disputes anything in the proposed protective order besides the acquisition bar and if you want to discuss.

Thanks,

Barry

**Barry K. Shelton | Partner**
Shelton Coburn LLP
311 RR 620 S, Suite 205
Austin, Texas 78734-4775
T: (512) 263-2165 **|** F: (512) 263-2166 **|** M: (512) 517-9998
bshelton@sheltoncoburn.com | www.sheltoncoburn.com