IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,**<br><br>*Plaintiff,*<br><br>v.<br><br>**DELL TECHNOLOGIES INC., DELL INC., AND EMC CORPORATION,**<br><br>*Defendants.* | Civil Action No.: 6:20-cv-00475-ADA<br><br>**JURY TRIAL DEMANDED** |
| **WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,**<br><br>*Plaintiff,*<br><br>v.<br><br>**DELL TECHNOLOGIES INC., DELL INC., AND EMC CORPORATION, and VMWARE, INC.,**<br><br>*Defendants.* | Civil Action No.: 6:20-cv-00486-ADA<br><br>**JURY TRIAL DEMANDED** |

**JOINT NOTICE REGARDING AGREEMENT TO EXTEND DEADLINES**

**TO THE HONORABLE COURT:**

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Brazos") and Defendant Dell Technologies Inc., Dell Inc., EMC Corporation, and VMWare, Inc. ("Defendants") (collectively, "Parties"), pursuant to the Court's Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines, submit this Joint Notice to

memorialize their agreement to extend case deadlines. The Parties have agreed to adjust the briefing schedule on (1) Defendants' Motion for Judgment on the Pleadings on the Basis Ineligibility Under 35 U.S.C. § 101 of U.S. Patent No. 7,453,888 (6:20-cv-00475-ADA, Dkt. 175) and (2) Defendants' Motion for Judgment on the Pleadings on the Basis Ineligibility Under 35 U.S.C. § 101 of U.S. Patent No. 7,092,360 (6:20-cv-00486-ADA, Dkt. 172) (collectively, "101 Motions") as follows:

| Item | Current Deadline | Amended Deadline |
|---|---|---|
| Brazos's Oppositions to 101 Motions | April 6, 2022 | April 20, 2022 |
| Defendants' Replies in Support of 101 Motions | April 13, 2022 | May 4, 2022 |

The above briefing schedule extensions do not change the date of any hearing, trial, or other Court date, or extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event.

Dated: April 4, 2022

RESPECTFULLY SUBMITTED,

By: /s/ Jonathan K. Waldrop
    Jonathan K. Waldrop (CA Bar No. 297903)
    (Admitted in this District)
    jwaldrop@kasowitz.com
    Darcy L. Jones (CA Bar No. 309474)
    (Admitted in this District)
    djones@kasowitz.com
    Marcus A. Barber (CA Bar No. 307361)
    (Admitted in this District)
    mbarber@kasowitz.com
    ThucMinh Nguyen (CA Bar No. 304382)
    (Admitted in this District)
    tnguyen@kasowitz.com
    John W. Downing (CA Bar No. 252850)
    (Admitted in this District)
    jdowning@kasowitz.com
    Heather S. Kim (CA Bar No. 277686)
    (Admitted in this District)
    hkim@kasowitz.com
    **KASOWITZ BENSON TORRES LLP**
    333 Twin Dolphin Drive, Suite 200
    Redwood Shores, California 94065
    Telephone: (650) 453-5170
    Facsimile: (650) 453-5171

    Paul G. Williams (GA Bar No. 764925)
    (Admitted in this District)
    pwilliams@kasowitz.com
    **KASOWITZ BENSON TORRES LLP**
    1230 Peachtree Street N.E., Suite 2445
    Atlanta, Georgia 30309
    Telephone: (404) 260-6080
    Facsimile: (404) 260-6081

    Joshua A. Whitehill (NY Bar No. 4766473)
    (Admitted *pro hac vice*)
    jwhitehill@kasowitz.com
    Julianne Laporte (NY Bar No. 5547906)
    (Admitted *pro hac vice*)
    jlaporte@kasowitz.com
    Howard L. Bressler (NY Bar No. 2487379)
    (Admitted *pro hac vice*)
    hbressler@kasowitz.com
    Shelley Ivan (NY Bar No. 4338067)
    (Admitted *pro hac vice*)
    sivan@kasowitz.com
    Hershy Stern (NY Bar No. 4631024)
    (Admitted *pro hac vice*)

hstern@kasowitz.com
Noah P. Dorman (DC Bar No. 1779821)
(Admitted *pro hac vice*)
ndorman@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

Mark D. Siegmund (TX Bar No. 24117055)
mark@swclaw.com
Craig D. Cherry (TX Bar No. 24012419)
craig@swclaw.com
Justin Allen (TX Bar No. 24081977)
justin@swclaw.com
**STECKLER WAYNE CHERRY & LOVE PLLC**
8416 Old McGregor Road
Waco, TX 76712
Telephone: (254) 651-3690
Facsimile: (254) 651-3689

**Attorneys for Plaintiff
WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT**

By: */s/ Brian A. Rosenthal*
Barry K. Shelton
Texas State Bar No. 24055029
bshelton@winston.com
**WINSTON & STRAWN LLP**
2121 North Pearl Street, Ste. 900
Dallas, TX 75201
Telephone: 214.453.6407
Facsimile: 214.453.6400

Benjamin Hershkowitz
bhershkowitz@gibsondunn.com
Brian A. Rosenthal
brosenthal@gibsondunn.com
Allen Kathir
akathir@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Ave.
NY, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

4

Y. Ernest Hsin
ehsin@gibsondunn.com
Jaysen S. Chung
jschung@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission St., Ste. 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Ryan K. Iwahashi
riwahashi@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1881 Page Mill Rd.
Palo Alto, CA 94304-1211
Telephone: 650.849.5300
Facsimile: 650.849.5333

Emily M. Whitcher
ewhitcher@gibsondunn.com
Andrew P. Blythe
ablythe@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949.451.3800
Facsimile: 949.451.4220

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing instrument was served or delivered electronically via email to all counsel of record, on April 4, 2022.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop
